**Fill in this information to identify the case:**

Debtor 1: Marc V. Felizzi

Debtor 2: Lisa C. Felizzi
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number: 14-11108-BLS

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bunglow series F Trust

**Court claim no.** (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 7 5 4 5

**Property address:** 5 Weldin Road
Number    Street

Wilmington    DE    19809
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 1 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/____/_____
MM / DD / YYYY

Debtor 1    Marc V. Felizzi         Case number (*if known*) 14-11108-BLS
           First Name    Middle Name    Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michael K. Pak, Esquire      Date 07 / 08 / 2019
    Signature

Print    Michael K. Pak          Title   Attorney for creditor
        First Name    Middle Name    Last Name

Company    McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1407 Foulk Road, Suite 204, Foulkstone Plaza
       Number    Street

       Wilmington, DE 19803
       City    State    ZIP Code

Contact phone ( 302 ) 409 - 3520      Email de-ecfmail@mwc-law.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: MARC V. FELIZZI AND LISA C. FELIZZI,<br><br>                    Debtors. | Chapter 13<br>Case No. 14-11108-BLS |

**CERTIFICATE OF SERVICE**

      I, Michael K. Pak, certify that I am not less than 18 years of age; that service of this Response to Notice of Final Cure Payment was made on July 8, 2019 in accordance with Fed. R. Bankr. P 7004 on:

| | | |
|---|---|---|
| Marc V. Felizzi<br>5 Weldin Road<br>Wilmington, DE 19809<br>Via USPS | Xiaojuan Huang<br>Huang Law LLC<br>3513 Concord Pike<br>Suite 3100<br>Wilmington, DE 19806<br>Via CM/ECF | Michael B. Joseph<br>Chapter 13 Trustee<br>824 Market Street<br>P.O. Box 1351<br>Wilmington, DE 19899-1351<br>Via CM/ECF |
| Lisa C. Felizzi<br>5 Weldin Road<br>Wilmington, DE 19809<br>Via USPS | | |

      Under penalty of perjury, I declare that the foregoing is true and correct.

McCABE, WEISBERG & CONWAY, LLC

      /S/ Michael K. Pak
Janet Z. Charlton, Esquire (No. 2797)
Michael K. Pak, Esquire (No. 5822)
1407 Foulk Road, Suite 204
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor